IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KELLY SUZANNE SPITZER, | § | NO. 1:25-CV-1098-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THE CORPORATION OF THE UNITED STATES, | § | |
| | § | |
| Defendants. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE AND DISMISSING CASE WITH PREJUDICE

Before the Court is a Report and Recommendation ("the Report") (Dkt. # 4) submitted by United States Magistrate Judge Mark Lane. After reviewing the Report, the Court **ADOPTS** Judge Lane's recommendations and **DISMISSES** this case **WITH PREJUDICE**.

Judge Lane's Report reviews Plaintiff Kelly Spitzer's case pursuant to 28 U.S.C. § 1915(e), finding that she fails to state a claim on which relief may be granted. Judge Lane found that Plaintiff's complaint describes fantastic and delusional scenarios, lacking an arguable basis in fact and thus recommended the Court dismiss this case with prejudice as frivolous. (Dkt. # 4.)

Objections to the Report were due within 14 days after being served with a copy. Where, as here, none of the parties objected to the Magistrate Judge's

findings, the Court reviews the Report for clear error. <u>United States v. Wilson</u>, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the Magistrate Judge's Report. The Court finds the Magistrate Judge's conclusion that the case should be dismissed with prejudice because it is frivolous is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. # 4) as the opinion of the Court and **DISMISSES** the case **WITH PREJUDICE**. The Clerk's Office is **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATE:** Austin, Texas, August 15, 2025.

_____
David Alan Ezra
Senior United States District Judge